IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JASON SANDERS**  **PLAINTIFF**
**ADC #156550**

v.  CASE NO. 2:22-CV-00160-BSM

**KEITH HALL,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE